**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

American Strategic Insurance Corporation,
Plaintiff,

v.

Jodi MacKenzie, *et al.*,
Defendants.

No. CV-21-01626-PHX-JJT

**ORDER**

Upon review of American Strategic Insurance Corp.'s Notice of Dismissal Without Prejudice (Doc. 12), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed without prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 9th day of March, 2022.

Honorable John J. Tuchi
United States District Judge